# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                  **SCHEDULING NOTICE**

     -against-                            20 MJ 6832 (LMS)

MARK JONES,
                      Defendant.
---------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled hearing in this matter for Wednesday, July 1, 2020, 1:15 PM, before Magistrate Judge Lisa Margaret Smith. Members of the press and public may call the same number, but will not be permitted to speak during the conference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (855) 268-7844; (2) Enter the Access Code: 32091812#; and (3) Enter the PIN: 9921299#. Should legal counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4130.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted

entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Dated: July 1, 2020
      White Plains, New York

SO ORDERED: *[signature]*
_____
Hon. Lisa Margaret Smith
U.S.M.J.