UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MARK JONES,

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR~~

20 MJ 6832

Defendant __Mark Jones_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Mark Jones signed with permission of the defendant by USMJ Lisa Margaret Smith

__/s Mark Jones_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Mark Jones_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jason Ser_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_7/1/2020_____
Date

_/s/ Lisa Margaret Smith_____
~~U.S. District Judge~~/U.S. Magistrate Judge